IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JARED SANTIAGO                                                                                    PLAINTIFF

V.                                              4:21CV00428 JM

UNITED PARCEL SERVICE, INC.,                                                        DEFENDANT

## ORDER

Pending is the parties' joint motion for approval of settlement agreement. (Docket # 13). The motion is denied without prejudice. The parties included the email correspondence relating to the settlement negotiations for the Court to examine in its determination of whether the attorney's fees were in fact negotiated separately. However, in addition to ensuring that "the attorney fees were in fact negotiated separately and without regard to the plaintiff's FLSA claim, and there was no conflict of interest between the attorney and his or her client, the Court must also assess whether the fees requested are reasonable. See, *Barbee v. Big River Steel, LLC*., 927 F.3d 1024, n.1 (8th Cir. 2019) and 29 U.S.C. §216(b). The Court cannot make a determination regarding the reasonableness of the fees requested or the existence of a conflict without additional information.

When the motion is refiled the parties must attach Plaintiff's billing records and a declaration by Plaintiff's counsel regarding whether they will be enforcing any contingency fee agreement.

IT IS SO ORDERED this 10th day of December, 2021.

_____
James M. Moody Jr.
United States District Judge