IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JARED SANTIAGO**                                                                                       **PLAINTIFF**

vs.                                              No. 4:21-cv-428-JM

**UNITED PARCEL SERVICE, INC.**                                                      **DEFENDANT**

## RENEWED JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND TO DISMISS CASE WITH PREJUDICE

Plaintiff Jared Santiago ("Plaintiff"), by and through his counsel Josh Sanford and Colby Qualls, and Defendant United Parcel Service, Inc. ("UPS"), by and through its counsel, Lyn Pruitt, hereby file their Renewed Joint Motion for Approval of Settlement and to Dismiss Case with Prejudice. The parties respectfully state as follows:

1. The purpose of this Renewed Joint Motion for Approval of Settlement Agreement and to Dismiss Case with Prejudice is to provide the Court with the materials identified in its Order dated December 10, 2021, including the billing records of Plaintiff's counsel, attached as Exhibit 3, and a declaration including whether Plaintiff's counsel will enforce any contingency fee agreement, attached as Exhibit 4. Plaintiff's position is that the settled attorneys' fees and costs are not subject to review for their reasonableness absent a finding by the Court that they were not separately negotiated from Plaintiff's liability damages or that a conflict of interest existed between Plaintiff and his counsel, consistent with *Barbee v. Big River Steel LLC., 927 F.3d 1024 (8th Cir. 2019)*. Plaintiff therefore reserves any right to appeal any determination by the Court of the reasonableness of the agreed fees.

2.	Plaintiff commenced this action against UPS on May 18, 2021, for violations of the Fair Labor Standards Act ("FLSA") and the Arkansas Minimum Wage Act ("AMWA"). Doc. #1.

3.	Plaintiff alleges in the operative complaint that UPS misclassified him as exempt from the FLSA and failed to pay him overtime wages for hours worked in excess of forty hours a workweek during his employment. Doc. #2. UPS disputes that Plaintiff was misclassified and denies that Plaintiff is entitled to any relief under either the FLSA or the AMWA. Doc. #7.

4.	On September 20, 2021, Plaintiff filed a Joint Notice of Liability Settlement, apprising the Court of the parties' settlement in principle to resolve Plaintiff's alleged unpaid overtime and liquidated damages. Doc. #8.

5.	The parties have now reached an agreement resolving this action in its entirety.

6.	The Settlement Agreement is attached to this Joint Motion as Exhibit 1.

7.	The parties request a reasonableness review of their agreement on overtime and liquidated damages, which the parties believe represents a fair and reasonable resolution of their bona fide dispute.

8.	The settlement was the product of arm's length negotiations between the parties.

9.	The parties reached an agreement on overtime and liquidated damages prior to negotiating attorneys' fees and costs. Plaintiff's recovery has not been impaired or reduced by the portion of the settlement that is to be paid to his attorneys. Therefore, the parties do not request judicial approval of their agreement with respect to cost and

attorneys' fees, which were negotiated separately and without regard to Plaintiff's overtime claims. A copy of the relevant emails reflecting the parties' written and verbal settlement negotiations is attached hereto as Exhibit 2.

10. The parties respectfully request that the Court approve their settlement and dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

11. If this Joint Motion is granted, the parties ask the Court to retain jurisdiction over this action for the sole purpose of determining whether the settlement should be enforced upon motion of any party.

12. This Joint Motion is accompanied by a brief pursuant to Local Rule 7.2(a).

WHEREFORE, Plaintiff Jared Santiago and Defendant UPS pray that the Court approve the Settlement Agreement and dismiss this action with prejudice.

Dated: January 7, 2022

Respectfully submitted,

**PLAINTIFF JARED SANTIAGO**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

Colby Qualls
Ark. Bar No. 2019246
colby@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

  **and**   **DEFENDANT UNITED PARCEL SERVICE, INC.**

DLA PIPER LLP (US)
Three Financial Centre
900 South Shackleford Road, Suite 900
Little Rock, Arkansas 72211
Telephone: (214) 743-4582
Facsimile: (214) 665-5982

*/s/ Lyn P. Pruitt, Esq.*
Lyn P. Pruitt, Esq.
Ark. Bar No. 84121
lyn.pruitt@us.dlapiper.com

4