IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JARED SANTIAGO                                                                                         PLAINTIFF

V.                                             4:21CV00428 JM

UNITED PARCEL SERVICE, INC.,                                                              DEFENDANT

### ORDER

Pending is a Renewed Motion to Dismiss With Prejudice and to Approve Settlement (Doc. No. 16).

The parties submitted the necessary documents for me to review the settlement negotiations, and I have looked through them. Based on the submitted correspondence, once liability was finalized, the fees issue was separately resolved.

Accordingly, the Joint Motion to Dismiss With Prejudice and to Approve Settlement (Doc. No. 16) is GRANTED. The approval of the settlement in no way reflects this Court's opinion as to the appropriateness of the amount of fees agreed to by the parties.   This case is DISMISSED with prejudice, subject to the terms of the settlement agreement.

IT IS SO ORDERED this 2nd day of March, 2022.

_____
James M. Moody Jr.
United States District Judge